# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LEE A. CRAFT, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:25-cv-02391-SHL-tmp |
| ) | |
| TIRE FACTORY, INC., ) | |
| ) | |
|     Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Chief Magistrate Judge Tu Pham's Report and Recommendation ("R&R") addressing Defendant Tire Factory, Inc.'s Motion to Dismiss, filed July 9, 2025. (ECF No. 17.)

After pro se Plaintiff Lee A. Craft filed the Complaint for violations of Title VII of the Civil Rights Act of 1964 on April 8 (ECF No. 2), Defendant filed the Motion to Dismiss Plaintiff's Complaint on May 14 (ECF No. 9). However, nine days later, Plaintiff filed a Motion to Amend Complaint and included his amended complaint, which contained new allegations. (ECF No. 10.) Defendant opposed Plaintiff's Motion to Amend Complaint (ECF No. 15), but Judge Pham granted the motion on July 9 (ECF No. 16). In the R&R, Judge Pham recommends that the Court deny as moot Defendant's Motion to Dismiss because Defendant's filing is based on a non-controlling complaint. (ECF No. 17 at PageID 82.)

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations on dispositive motions. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see

also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). The parties' deadline to object to the R&R was July 23, and no objections were filed.[1]

As the R&R explains, the Amended Complaint supersedes Plaintiff's original Complaint and contains new allegations related to Plaintiff's Title VII claim. (ECF No. 17 at PageID 82.) Because Defendant's Motion sought to dismiss Plaintiff's original Complaint but the Amended Complaint is the operative pleading now, the R&R recommends that Defendant's Motion to Dismiss be denied as moot. (Id.)

Upon review, the R&R included no clear errors in its analysis. (See id. at PageID 82.) Therefore, the Court **ADOPTS** Judge Pham's R&R and Defendant's Motion to Dismiss Plaintiff's Complaint is **DENIED AS MOOT**.

**IT IS SO ORDERED,** this 29th day of July, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Since Judge Pham entered the R&R, Plaintiff filed two Motions to Retain Plaintiff's Complaint. (ECF Nos. 18, 20.) Judge Pham denied the first Motion as moot (ECF No. 19) and denied the second Motion (ECF No. 21). Defendant also filed the Answer and Affirmative Defenses to Amended Complaint. (ECF No. 22.) However, none of these filings reference the R&R.