IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LEE A. CRAFT,<br>    Plaintiff,<br><br>v.<br><br>TIRE FACTORY, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)   No. 2:25-cv-02391-SHL-tmp<br>)<br>)<br>)<br>) |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
DENYING MOTION TO AMEND PLEADING**

    Before the Court is Magistrate Judge Tu M. Pham's Report and Recommendation ("R&R") on Plaintiff Lee A. Craft's Motion to Amend Pleadings, filed December 4, 2025. (ECF No. 37.) Craft seeks to amend his complaint a second time to add an allegation of "racial discrimination." (Id. at PageID 160.) Specifically, he alleges the following facts: "I was by passed on a manager position because Shelly Ayers and Mike Atwood did not allow me the opportunity based on the color of my skin, even though I was already doing the job. The employees are my witnesses along with two managers." (Id.; ECF No. 34 at PageID 136.) In response, Defendant Tire Factory, Inc., argues, among other things, that Craft failed to exhaust his administrative remedies because his EEOC Charge included no facts related to race discrimination. (ECF No. 37 at PageID 160–61.)

    The R&R recommends that the Court deny the Motion to Amend because Craft failed to exhaust his administrative remedies, and thus amendment would be futile. (Id. at PageID 165.) The magistrate judge reasons that Craft's charge of sex discrimination would not have prompted the EEOC to investigate a separate race discrimination claim. (Id. at PageID 164.) Objections to the R&R were due on December 18, and no objections were filed.

A magistrate judge may submit to a district judge proposed findings of fact and recommendations for a disposition. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Because no objections have been filed, the Court reviews the R&R in its entirety for clear error and finds none. Therefore, the Court **ADOPTS** the R&R and **DENIES** Craft's Motion to Amend.

**IT IS SO ORDERED,** this 6th day of March, 2026.

> s/ Sheryl H. Lipman
> SHERYL H. LIPMAN
> CHIEF UNITED STATES DISTRICT JUDGE