**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LEE A. CRAFT,<br>Plaintiff,<br><br>v.<br><br>TIRE FACTORY, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-02391-SHL-tmp |

**ORDER DENYING DEFENDANT'S MOTION TO STAY TRIAL, BUT CANCELLING TRIAL DATE AND TRIAL-RELATED DEADLINES PENDING DISPOSITION OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Before the Court is Defendant's Motion to Stay Trial and Trial-Related Dates, filed October 20, 2026. (ECF No. 64.) Although it is not appropriate to issue a stay, there is good cause to cancel the trial and pretrial conference, as well as other pretrial deadlines, to allow for a ruling on the pending Motion for Summary Judgment, which may be dispositive, before trial. Cancelling trial-related dates will preserve the resources of the Parties and further judicial economy. Therefore, the November 30, 2026 Jury Trial and the November 20 Pretrial Conference are **CANCELLED**. All related pretrial deadlines, including the proposed pretrial order deadline, are **STRICKEN**. However, this case will not be stayed, so Defendant's Motion to Stay is **DENIED**. If necessary, a status conference to reset the trial and related dates will be held after a ruling on the pending motion.

**IT IS SO ORDERED,** this 30th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE